**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| GORAN MILOVANOVIC, | : | |
| | : | |
| Petitioner, | : | Civil No. 06-1724 (JBS) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CHARLES E. SAMUELS, | : | |
| | : | |
| Respondent. | : | |

For the reasons stated in the Opinion filed herewith,

IT IS on this __**31st**__ day of __**May**__, **2006**,

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

ORDERED that the Clerk of the Court shall close the Court's file on this matter.

    __**s/ Jerome B. Simandle**__
    Jerome B. Simandle
    United States District Judge